No. 76–1123. Broadmoor Apartments, Inc., et al. *v.*
Collector of Revenue of Louisiana. Ct. App. La., 1st Cir.
Certiorari denied.

No. 76–1127. Oburn et al. *v.* Shapp, Governor of Pennsylvania, et al. C. A. 3d Cir. Certiorari denied.

No. 76–1139. Schanbarger *v.* District Attorney of
Rensselaer County et al. C. A. 2d Cir. Certiorari denied.

No. 76–1142. Harris et al. *v.* Cafritz Memorial Hospital et al. Ct. App. D. C. Certiorari denied.

No. 76–1145. Leibowitz *v.* Simins, Commissioner, Department of Public Works, et al. App. Div., Sup. Ct.
N. Y., 1st Jud. Dept. Certiorari denied.

No. 76–1148. Hughes *v.* Frank, Commissioner of Police
of Nassau County, et al. C. A. 2d Cir. Certiorari denied.

No. 76–1154. Steffron, Inc. *v.* Luskey et al. Sup. Ct.
Pa. Certiorari denied.

No. 76–1156. Reynolds *v.* Estate of Reynolds et al.
Sup. Ct. Ga. Certiorari denied.

No. 76–1169. Keyes et al. *v.* District of Columbia et
al. Ct. App. D. C. Certiorari denied.

No. 76–1170. Terner *v.* Hopkins et al. C. A. 2d. Cir.
Certiorari denied.